# Exhibit H

SEVENTH EDITION

# MODERN DICTIONARY of ELECTRONICS

RUDOLF F. GRAF

Newnes

SEVENTH EDITION

# MODERN DICTIONARY of ELECTRONICS

RUDOLF F. GRAF

"How do you improve on a classic? Rudy Graf has done just that in the fully updated seventh edition of his **Modern Dictionary of Electronics**. In his elegantly practical style he defines over 28,000 terms drawn from a broad range of fields. In a world where electronics technology is growing so rapidly, this authoritative book belongs on everyone's reference shelf!"
— **Larry Steckler**, Editor-in-Chief of *Electronics Now* and *Popular Electronics*

With over a million copies in print, the **Modern Dictionary of Electronics** is the bible of technology reference for readers around the world. Now fully updated by the original author, this essential, comprehensive reference book should be in the library of every engineer, technician, technical writer, hobbyist, and student.

Included in this fully revised classic are well over 28,000 terms, phrases, acronyms, and abbreviations from the ever-expanding worlds of consumer electronics, optics, microelectronics, computers, communications, and medical electronics. From the basic elements of theory to the most cutting-edge circuit technology, this book explains it all in both words and pictures.

For easy reference, the author has provided definitions for standard abbreviations and equations as well as tables of SI (International System of Units) units, measurements, and schematic symbols.

Rudolf F. Graf is an author whose name is familiar to electronics professionals and hobbyists alike. Mr. Graf graduated from Brooklyn Polytechnic Institute as an electronics engineer, and did his graduate work at New York University. He has been active in the electronics industry for more than fifty years in capacities ranging from design and consulting engineer to chief instructor at electronics and television schools, as well as in sales and marketing. He currently lives in New York. His many books offer a practical and enjoyable approach to often complex material. Other Newnes titles by Mr. Graf include **Video Scrambling and Descrambling, Second Edition**, and his full five-book series on electronics circuits.

**Related Newnes titles:**

**Newnes Dictionary of Electronics, 4E**
S. W. and Roger Amos
ISBN 0-7506-4331-5, pb, 400 pp.

**Electronics Terminology: A Concise Dictionary**
Informatik Rezurch
ISBN 0-7506-9751-2, pb, 96 pp.

**Electronics Engineer's Reference Book, 6E**
F. F. Mazda
ISBN 0-7506-0809-9, pb, 1008 pp.

ISBN 0-7506-9866-7
90000
9 780750 698665

Newnes
An imprint of Butterworth-Heinemann
http://www.newnespress.com

Newnes is an imprint of Butterworth-Heinemann.

Copyright © 1999 by Rudolf F. Graf

A member of the Reed Elsevier Group.

All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

Recognizing the importance of preserving what has been written, Butterworth-Heinemann prints its books on acid-free paper whenever possible.

Butterworth-Heinemann supports the efforts of American Forests and the Global ReLeaf program in its campaign for the betterment of trees, forests, and our environment.

**Library of Congress Cataloging-in-Publication Data**

Graf, Rudolf F.
Modern dictionary of electronics / Rudolf F. Graf.—7th ed., revised and updated.
p. cm.
ISBN 0-7506-9866-7 (alk. paper)
1. Electronics—Dictionaries. I. Title
TK7804.G67 1999
621.381'03—dc21 99-17889
CIP

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library.

The publisher offers special discounts on bulk orders of this book.
For information, please contact:
Manager of Special Sales
Butterworth-Heinemann
225 Wildwood Avenue
Woburn, MA 01801-2041
Tel: 781-904-2500
Fax: 781-904-2620

For information on all Butterworth-Heinemann publications available, contact our World Wide Web home page at: http://www.bh.com

10 9 8 7 6 5 4 3 2 1

Typeset by Laser Words, Madras, India
Printed in the United States of America

-The time during which a tube is not performing its active function.

–The voltage or current value of e when no signals are present.
process of stopping a multipro-ection of new jobs.
**volume control**—*See* delayed rol.
elayed automatic volume control.
so called talking battery. A source sign, or with added filters, that is ree from interference that it may smission.
decrease in noise voltage at the er in the presence of an unmod-asure of the usable sensitivity of l as the least rf signal level ( a 400-Hz tone) that reduces the nd distortion to 30 dB below the with the modulated tone present null filter tuned to 400 Hz is used r an AM receiver, the carrier is nt and the field strength (micro-sured that is necessary to provide

**y**—In an FM receiver, the mini-ill give a specified output signal-

radio receiver, a form of tuning ilenced except when the receiver requency of the incoming carrier

**rd**—The layout on a standard d; the first six letters on the top

# R

**R**—1. Symbol for resistor, resistance, or reluctance. 2. Letter symbol for roentgen.

**race**—1. The condition that exists when a signal is propagated through two or more memory elements during the same clock period. 2. The condition that occurs when changing the state of a system requires a change in two or more state variables. If the final state is affected by which variable changes first, the condition is a critical race. 3. An improper condition in which data that is supposed to move in steps, as in a shift register, goes through a whole string of stages at one step. Usually caused by incorrect timing pulses.

**raceway**—Any channel designed and used solely for holding wires, cables, or bus bars.

**rack and panel connector**—1. A connector that is attached to a panel or side of equipment so that when these members are brought together, the connector is engaged. 2. A connector that connects the inside back end of the cabinet (rack) with the drawer containing the equipment when it is fully inserted. The drawer permits convenient removal of portions of the equipment for repair or examination. Special design and rugged construction of the connector allows for variations in rack-to-panel alignment.

**rack and pinion**—A toothed bar (rack) that engages a gear (pinion) to convert the back-and-forth motion of the rack into rotary motion, or the rotary motion of the pinion into back-and-forth motion.

**rackmount**—Designed to be installed in a cabinet that is usually 19-in. wide.

**racon**—*See* radar beacon.

**rad**—Abbreviation for radiation absorbed dose. 1. The amount of radiation that delivers 100 ergs of energy to 1 gram of a substance. It is approximately equivalent to 1 roentgen in the case of body tissue. 2. The amount of energy transferred to a material by ionizing radiation. One rad is equal to the energy of 100 ergs per gram of material. The material must be specified, because the energy differs with each material.

**radar**—Acronym for radio detection and ranging. A system that measures distance (and usually the direction) to an object by determining the amount of time required by electromagnetic energy to travel to and return from an object. Called primary radar when the signals are returned by reflection. Called secondary radar when the incident signal triggers a responder beacon and causes it to transmit a second signal. Predicted in the early part of the 20th century, the first important system was built in England in 1938. Basic building blocks of a radar are the transmitter, the antenna (normally used for both transmission and for reception), the receiver, and the data-handling equipment.

**radar alarm system**—An alarm system that employs radio-frequency motion detectors.

**radar altitude**—Also called radio altitude. Absolute altitude measured by a radar altimeter.

**radar and television aid to navigation**—A device that converts a circular-scan radar presentation to a horizontally scanned television presentation. It provides a continuous bright display with target trails for course and speed indications of moving targets.

**radar antenna**—Any of the many types of antennas used in radar.




*Radar antenna.*

**radar attenuation**—Ratio of the transmitted power to the reflected (received) power—specifically, the ratio of the power that the transmitter delivers to the transmission line connected to the transmitting antenna to the power reflected from the target and delivered to the transmission line connected to the receiving antenna.

**radar beacon**—Also called a racon. An automatic transmitter-receiver that receives signals from a radar transmitter and retransmits coded signals that enable the radar operator to determine his own position.

**radar beam**—The space where a target can be effectively detected and/or tracked in front of a radar. Its boundary is defined as the locus of points measured radially from the beam center at which the power has decreased to one-half.

**radar calibration**—Taking measurements on various parts of electronic equipment (e.g., radar, IFF, communications) to determine its performance level.

**radar camouflage**—The use of coverings or surfaces on an object to considerably reduce the reflected radio energy and, thus, conceal the object from the radar beam.

**radar cell**—The volume enclosed by dimensions of one radar-pulse length by one radar beamwidth.

**radar clutter**—The image produced on a radar indicator screen by sea or ground return. If not of particular interest, it tends to obscure the target indication.