# Exhibit I

OXFORD

# DICTIONARY OF COMPUTING

SIXTH EDITION



# Computing

SIXTH EDITION

Authoritative and wide ranging, this leading dictionary is compiled by a team of computer specialists with expert knowledge on everything from networking and databases to graphics and webcams. Covering all aspects of computing and providing jargon-free definitions, it is as valuable for home and office users as it is indispensable for students and teachers of computing.

- Over 6,500 entries—150 of them new to this fully revised and updated edition
- New feature spreads on key topics, including XML
- Full coverage of the internet, multimedia, and computer applications
- Includes recent advances in artificial intelligence, security, and personal computing

Recommended web links for many entries updated via the *Dictionary of Computing* companion website: www.oup.com/uk/reference/resources/computing



OXFORD
UNIVERSITY PRESS

www.oup.com

ISBN 978-0-19-923401-1

9 780199 234011

**£25.00** RRP **$50.00** USA
**$55.00** CAN

OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide in

Oxford New York
Auckland Cape Town Dar es Salaam Hong Kong Karachi
Kuala Lumpur Madrid Melbourne Mexico City Nairobi
New Delhi Shanghai Taipei Toronto

With offices in
Argentina Austria Brazil Chile Czech Republic France Greece
Guatemala Hungary Italy Japan Poland Portugal Singapore
South Korea Switzerland Thailand Turkey Ukraine Vietnam

Oxford is a registered trade mark of Oxford University Press in the UK and in certain other countries

Published in the United States by Oxford University Press Inc., New York

© Market House Books Ltd, 1983, 1986, 1990, 2004, 2008

The moral rights of the author have been asserted
Database right Oxford University Press (maker)

First edition 1983
Second edition 1986
Third edition 1990
Fourth edition 1996
Fifth edition 2004
Sixth edition 2008

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, or under terms agreed with the appropriate reprographics rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above

You must not circulate this book in any other binding or cover and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

Typeset by Market House Books Ltd.
Printed in Great Britain
on acid-free paper by
Clays Ltd, St Ives plc

ISBN 978–0–19–923401–1

10 9 8 7 6 5 4 3 2 1

Credits

Preface

Guide to the Dictionary

**A Dictionary of Computing**

Computer Graphics (Feature

The Anatomy of an Internet

Object-oriented Programmi

Quantum Computing (Featu

SQL (Feature)

XML (Feature)

Appendices

Generic Domain Names

Country-Code Domain N

File Extensions

Character Set

Greek Alphabet

Chronology

Useful Web Sites

**kersort** An algorithm published by R. S. Scowen using a method similar … uicksort. It repeatedly splits the array … rted into parts such that all elements of … part are less than all elements of the …, with a third part in the middle consis… a single element.

**ksort (partition-exchange sort)** A … of sorting by exchanging due to C. A. R. … e. By comparing sortkeys from the two … nes of the file, and alternately working … e file from the bottom until an ex… ge is necessary and then working down … e from the top, the original problem … e reduced to two smaller problems. The … process is then applied to each part … further repeated until the problems … vially small. *See also* HEAPSORT.

**kTime** A utility program from Apple … nbedding multimedia, such as audio … deo, in a document. It is available for … ows as well as the Macintosh.

**ce** To render a device or system ina… . for example, rejecting new requests … rk.

**ued** *See* Q-ARY.

# R

**race condition (race)** A condition in *sequential circuits in which two or more variables change at one time. In practice, i.e. with nonideal circuits, there is a possibility of incorrect operation under such a condition. *See also* HAZARD.

**racking** *See* SCROLL.

**rack mounting** Where many computers are to be operated in close proximity, as with multiple server installations, the manufacturers of such processors may offer versions of their products, designed to be installed in standard 19′ racking. Such products frequently support *hot swap power supplies and disks to enhance reliability.

**radio button** One of a set of *buttons in a *dialog box that, when activated, allows only one of a set of mutually exclusive options to be selected at a time (as when selecting a radio station using a button with a pre-set frequency). For example, there may be a set of radio buttons with the options to print a full document, the current page, or multiple pages. *Compare* CHECK BOX.

**radiosity** A method used in computer graphics for producing photorealistic images but originating from thermal engineers in the 1950s. The scene is divided into many small objects and accurate modeling of diffuse interreflection between objects is calculated (*see* DIFFUSE REFLECTION). This results in a large number of simultaneous equations to be solved, so the method is not the fastest available. The energy input to the system comes from the light sources. *See also* CLUSTERING.

**RADIUS** *Acronym for* Remote Access Dial-In User Service. A protocol for transmitting authentication requests and responses and associated accounting records across an IP network. RADIUS is frequently used by Internet Service Providers to carry login requests from a modem or other network access device to a central user authentication database. RADIUS is not itself an authentication protocol, but supports a wide range of different authentication methods.

**radix (base)** The number of distinct digits in a fixed-radix *number system. These digits represent the integers in the range zero to one less than the radix. The radix of a number can be indicated by means of a subscript, as in $24_8$ or $101_2$. *See also* BINARY SYSTEM, HEXADECIMAL NOTATION, OCTAL NOTATION.

**radix complement (true complement)** For an integer represented in a fixed-radix *number system, a number formed by adding one to the *radix-minus-one complement of the given integer. For example, in the decimal system the **ten's complement** of 0372 is 9628 (i.e. 9627 + 1); in the binary system the **two's complement** of 1100 is 0100 (i.e. 0011 + 1). *See also* COMPLEMENT NUMBER SYSTEM.

**radix exchange** A form of *sorting by exchanging. Instead of comparing two sortkeys, individual bits are compared, starting with the most significant bit. The file is then split into two subfiles, one with keys having 0 as first bit, the other with 1 as first bit. The process continues on the first subfile, comparing the second bits, and similarly on the second subfile, and so on until the file is sorted.

**radix-minus-one complement (diminished radix complement)** For an integer represented in a fixed-radix *number system, a number formed by replacing each digit *d* in the integer by its **complement**, i.e. by

$$(R-1-d)$$

where *R* denotes the radix of the system. For example, in the decimal system the **nine's complement** of 0372 is 9627; in the binary system the **one's complement** of 1100 is 0011. *See also* COMPLEMENT NUMBER SYSTEM, RADIX COMPLEMENT.

**radix notation** *See* RADIX POINT.

**radix point** A symbol, usually a dot, used to separate the integral part from the frac-