# Exhibit J

# NEWTON'S TELECOM DICTIONARY

## 12th Edition

**The Official Dictionary of Telecommunications**
**The Internet, Computer Telephony, Voice Processing**
**Windows 95 and NT Networking**
**Data Communications, Carrier Telephony**
**The Intelligent Network**
**LAN, WAN and Wireless Communications**

#1 SELLER 160,000 SOLD

by Harry Newton


NEWTON'S TELECOM DICTIONARY
12th Edition
The Official Dictionary of Telecommunications
Computer Telephony, Data Communications
Voice Processing, Internet Telephony
Windows 95 & NT Communications
LAN and WAN Networking
#1 SELLER 140,000 SOLD
by Harry Newton

**NEWTON'S TELECOM DICTIONARY**

A Flatiron Publishing, Inc. Book
copyright © 1997 Harry Newton
published by Flatiron Publishing, Inc.

All rights reserved under International and Pan-American Copyright conventions, including the right to reproduce this book or portions thereof in any form whatsoever. Published in the United States by Flatiron Publishing, Inc., New York.

12 West 21 Street
New York, NY 10010
212-691-8215 Fax 212-691-1191
1-800-999-0345
1-800-LIBRARY
Email harrynewton@mcimail.com

ISBN 1-57820-008-3

February, 1997

Manufactured in the United States of America

Twelfth Edition
Cover design by Mara Seinfeld
Printed at Command Web, New Jersey

# R

**R Interface** The 2-wire physical interface which is used for a single customer termination between the TE2 and TA.

**R Reference Point** An ISDN reference point between non-ISDN terminal equipment (TE2) and a terminal adapter (TA). Non-ISDN (TE2) terminal equipment connects to ISDN at the R-reference point through a terminal adapter.

**R/T** Internet-speak for Real Time. R/T means the time it takes to download stuff. Writing in the New York Times, Charles McGrath said it was "customary in Net-speak to make a distinction between r/t, or real time — the time in which all these delays and jam-ups occur and v/t, or virtual time, which is time on the Net: a kind of external present in which it is neither day nor night and the clock never ticks. V/t is time without urgency, without priority."

**R1** The ITU-T's name for a particular North American digital trunk protocol that happens to use multi-frequency (MF) pulsing. Some Europeans refer to any North American MF signaling protocol as R1 when distinguishing it from their own R2. See R2, MULTI-FREQUENCY PULSING.

**R2** A whole series of ITU-T specs which refers to European analog and digital trunk signaling. It refers to a type of trunk found in Europe which uses compelled handshaking on every MF (multi-frequency) signaling digit.

**RA Number** Same a Return Material Authorization Number, or RMA. A code number provided by the seller as a prerequisite to returning product for either repair or refund. An indispensable tracking procedure, it operates like a purchase order system. If you return computer or telephone equipment without an RMA, chances are your equipment will be lost.

**RACE** An association in the European Economic Community. RACE stands for Research and development for Advanced Communications in Europe.

**Raceway** Metal or plastic channel used for loosely holding electrical and telephone wires in buildings. A raceway is usually located in the floor and is encased on three or four sides by concrete. A raceway is used for interior wiring and performs the same job as a conduit but is typically larger.

**Raceway Method** A ceiling distribution method in which open or closed metal trays are suspended in false ceilings from the structural floor above. The raceway method is generally used in large buildings or for complex distribution systems that demand extra support. When closed metal trays are embedded in the floor, this distribution method is often called underfloor raceways. See also CEILING DISTRIBUTION SYSTEMS and UNDERFLOOR DUCT METHOD.

**Rack** An open structure typically made of aluminum or steel, onto which equipment is mounted. A rack is typically attached to a building ceiling or wall. Cables are laid in and fastened to the rack. Sometimes a rack is called a tray. What a rack is to equipment, so a frame is to wiring. See also DISTRIBUTION FRAME.

**Rackmount** Designed to be installed in a cabinet, usually 19" wide.

**Racon** A radio navigation system transmitting, automatically or in response to a predetermined received signal, a pulsed radio signal with specific characteristics.

**Rad** 1. The unit used to measure the absorption of ionizing radiation.
2. A British Term. Recorded Announcement Device, a device which automatically answers a line and delivers a pre-recorded message. Often used to tell a caller to a telebusiness unit that the call is in a queue and will be dealt with soon. More sophisticated RADs gather information, take messages or work in conjunction with interactive fax machines.

**Radar** RAdio Detection And Ranging. See RADAR DETECTOR.

**Radar Detector** Picture a trooper sitting in his car aiming his radar gun down the highway. The gun emits a beam of electrons at microwave frequency. Those beams bounce off approaching vehicles and reflect back to the trooper's radar at an altered frequency (the Doppler Effect). By measuring the change in frequency, the trooper calculates the speed of the oncoming vehicle. The trouble is the radar beam fans out like a searchlight. At a distance of 1,000 feet, the beam is about as wide as the highway itself. That makes it difficult for the trooper to know which vehicle he's tracking.
Also, his reading can be thrown off by any number of operating errors or by interference from power lines, neon lights or even the fan motor in the trooper's car. According to some estimates, Esquire Magazine reported, as many as 30% of all radar-generated speeding tickets were given in error. In 1979 a Miami TV station showed a police radar clocking a house going 28 miles per hour and a banyan tree doing 86! Radar detectors are very much like FM receivers. They can pick up radar signals more than a mile from the source. At that distance the beam is too weak to bounce all the way back to the trooper's car but strong enough to make the detector beep.

**Radar Screen** 1. A CRT (cathode ray tube) showing

**Radial Acceleration** The rate at which a track on an optical disc accelerates toward and away from the center, because it is not perfectly aligned or perfectly round.

**Radiant Energy** Energy as measured in joules which is transferred via electromagnetic waves. There is no associated transfer of matter. And typically the giver or energy and the receiver of energy are not touching.

**Radio** The science of communicating over a distance by converting sounds or signals to electromagnetic waves and radiating them through the air or through space. Also called Wireless by the British and the Australians.

**Radio Broadcast Data System** RBDS. A new system designed to let radio stations broadcasters send text messages, such as emergency warnings and traffic alerts to radios equipped with special LCD screens. The system is designed ultimately to replace the Emergency Broadcast System

# NEWTON'S TELECOM DICTIONARY

**The Official Dictionary of Telecommunications, The Internet Computer Telephony, Voice Processing, Windows 95 and NT Networking Data Communications, Carrier Telephony, The Intelligent Network LAN, WAN and Wireless Communications**

## TWELFTH UPDATED AND EXPANDED EDITION

I wrote this book for all of us who are trying to keep up.

This is not a technical book. I explain technical concepts in non-technical terms. I figure anyone ought to be able to understand my definitions.

Some of my definitions are several pages long. They're mini-essays. They explain the term, its benefits and occasionally a checklist on buying and using the item. Sometimes I include warnings. I want my dictionary to make you informed, buyer or seller.

## HARRY NEWTON

Harry Newton has 27 years in telecommunications. He is the telecom industry's most prolific writer. He is publisher of four monthly magazines — Computer Telephony, Teleconnect, Call Center and Imaging. He also founded LAN Magazine and Telecom Gear. He is promoter of the annual March trade show, Computer Telephony Conference and Exposition (CT Expo). He holds an MBA from the Harvard Business School and an Economics undergraduate degree from the University of Sydney, Australia. He is not an engineer, but wishes he were. He is the telecom industry's most popular speaker. He has spoken before every telecommunications convention and trade show.



Real person is older, has much less hair and is uglier, too.

FLATIRON PUBLISHING INC. SINCE 1976
LABOREM BONUM FACIMUS

Flatiron Publishing, 12 West 21 Street, New York, NY 10010
212-691-8215 FAX 212-691-1191
www.flatironpublishing.com