# Exhibit K

"An essential resource" —PC Magazine

★★★★★ RATING

OVER 741,000 SOLD

#1 Best Seller

# NEWTON's TELECOM DICTIONARY

Telecommunications • Networking • Information Technologies
The Internet • Wired, Wireless, Satellites and Fiber
WANs, MANs, LANs, SANs and PONs • Wi-Fi and WiMAX
DSL, Cable and BPL • VoIP and IPTV • Ethernet and VPNS
and everything voice, data and video – moving or still

MORE THAN 23,500 TERMS DEFINED

23rd Updated and Expanded Edition

Harry Newton

# NEWTON's TELECOM DICTIONARY

## 23rd Updated and Expanded Edition

### Telecommunications • Networking • Information Technologies
### The Internet • Wired, Wireless, Satellites, and Fiber

*"An essential resource."* —PC Magazine
*"A page-turner that invites use."* —IEEE
*"A fixture on the desks of many who deal with the technical world."* —New York Times
*"The one reference book we can't do without... comprehensive and reliable."* —Telemanagement
*"Pound-for-pound it is the best telecom book we have ever seen."* —Discount Long Distance Digest
*"This bestselling dictionary isn't missing a thing. Harry Newton has done a masterful job."* —John Vacca

## PLUS 4 BONUS Sections

- **THE BEST MONEY SAVING TIPS**
  Favorite ways to save on telecom, computing, airlines, hotels, and the most useful gadgetry and software.
- **THE HOTTEST TELECOM OPPORTUNITIES**
  "I love telecom. Where should I work?"
- **WHY IS IT SO HARD TO BUY ANYTHING TODAY?**
  How you should orient your telecom budget to please and win the most customers.
- **DISASTER PLANNING**
  How to maximize the reliability of your telecom network.

**Harry Newton** has 37 years studying, writing, lecturing and investing in telecommunications and information technologies. He founded key telecom magazines—*LAN, Teleconnect, Call Center, Computer Telephony* and *Technology Investor.* He also founded the enormously successful trade shows, Computer Telephony Conference and Exhibition (CT Expo) and Call Center Demo. He sold his publishing and trade show company in September, 1997 to concentrate on writing and technology investing.



Newton has an MBA from the Harvard Business School and an Economics degree from the University of Sydney, Australia, where he was born. He wrote this dictionary to teach himself his first loves—telecom and technology. He is not an engineer, but wishes he were. He wrote this dictionary in non-technical, business language. He believes (perhaps naively) that anyone in business should be able to understand complex technical terms. even though they're not an engineer. Some of his definitions are short. Some are long. His objective is to explain what the technology means, what it does, what its benefits are, and what its pitfalls are.

Most dictionaries are updated every ten years. Not this one. Nev this dictionary every day and issues a new, expanded, improved and edition every year. This edition is current as of March 2007.

US $[illegible]9.95
ISBN 13: 978-097938-730-2
ISBN 097938730-2
DB1639696
9 780979 387302

**NEWTON's TELECOM DICTIONARY**

copyright (c) 2007 Harry Newton
email: Harry@HarryNewton.com
book site: www.NewtonsTelecomDictionary.com
personal web site: www.HarryNewton.com

All rights reserved under International and Pan-American Copyright conventions, including the right to reproduce this book or portions thereof in any form whatsoever.

Published in the United States by
Flatiron Publishing
50 Central Park West
New York, NY 10023
email: Harry@HarryNewton.com
www.FlatironBooks.com

FLATIRON PUBLISHING INC. SINCE 1976
LABOREM BONUM FACIMUS

Distributed by
National Bank Network
4501 Forbes Boulevard, Suite 200
Lanham, MD 20706

Orders
Phone toll-free 1-800-462-6420
Direct 1-717-794-3800
Fax 1-800.338.4550
custserv@nbnbooks.com

ISBN Number 0-9793873-0-2
March 2007
Twenty Third Edition
Steven Schoen, Contributing Editor
Gail Saari, Layout and Production Artist
Saul Roldan and Damien Casteneda, Cover design

## Stay In Touch

For suggestions, corrections, updates, special offers, please send an email to Harry@HarryNewton.com.

I promise you I won't give your name to anybody. Nobody. Promise.

Harry Newton

De

LeRoy T. Carlson found
still controlled by its f
revenues.
Carlson, the son
business he created. H
served in the U.S. Na
He and his wife,
of the original telepho
Carlson, a great Amer

connections. See also Remote Access Concentrator and Universal Edge Server.

2. Real Application Clustering. See Database Clustering for an explanation.

**RACE** An association in the European Economic Community. RACE stands for Research and development for Advanced Communications in Europe.

**race condition** A network security term. A condition caused by the timing of events within a piece of software. Race conditions typically are associated with synchronization errors that provide a window of opportunity during which one process can interfere with another, possibly introducing a security vulnerability.

**raceway** Metal or plastic channel used for loosely holding electrical and telephone wires in buildings. A raceway is usually located in the floor and is encased on three or four sides by concrete. A raceway is used for interior wiring and performs the same job as a conduit but is typically larger.

**raceway method** A ceiling distribution method in which open or closed metal trays are suspended in false ceilings from the structural floor above. The raceway method is generally used in large buildings or for complex distribution systems that demand extra support. When closed metal trays are embedded in the floor, this distribution method is often called underfloor raceways. See also Ceiling Distribution Systems and Underfloor Duct Method.

**rachet factor** The rachet factor is part of CABS – Carrier Access Billing System. It used to describe the apportionment of channels on a trunk between switched and facility usage. It's a percentage. Both switched usage and leased (facility) lines can be co-resident on the same trunk. The rachet percentage refers to the percentage of the trunk dedicated to facility. Obviously, you would want to know this because switched usage is tariffed and facility usage is charged at flat contract rates.

**rack** 1. An equipment rack. In our industry, the standard equipment rack is 19 inches (48.26 cm) wide at the front. Much equipment is designed to fit into a standard rack. A rack is typically made of aluminum or steel, onto which equipment is mounted. A rack is typically attached to a building ceiling or wall. Cables are laid in and fastened to the rack. Sometimes a rack is called a tray. What a rack is to equipment, so a frame is to wiring. See also Distribution Frame.

2. Rack (the digits). a term which implies the storing or registering of numerical data. See Register.

**Rack Unit** RU. Unit of measure of vertical space in an equipment rack. One rack unit is equal to 1.75 inches (4.45 cm).

**rackmount** Designed to be installed in a cabinet, usually 19" wide.

**RACON** RAdar transponder beaCON. Short-range navigation devices that provide target images on a ship's maritime navigation radar system. The transponder beacons transmit, either automatically or in response to a predetermined received signal, a pulsed radio signal with specific characteristics. RACONs generally operate in the 9300-9500 MHz band, and are used to identify specific locations such as hazards to navigation; think of them as replacements for lighthouses and you won't be far off. Most RACONs are operated by the U.S. Coast Guard. See also Radar.

**racquet technician** A fancy name for someone who strings tennis racquets. Also spelled Racket Technician in America.

**rad** 1. The unit used to measure the absorption of ionizing radiation.

2. A British Term. Recorded Announcement Device, a device which automatically answers a line and delivers a pre-recorded message. Often used to tell a caller to a telebusiness unit that the call is in a queue and will be dealt with soon. More sophisticated RADs gather information, take messages or work in conjunction with interactive fax machines.

3. An abbreviation for Rapid Application Development. Most relate it to a quick programming environment.

4. Remote Antenna Driver.

**Radar** RAdio Detection And Ranging. See Radar Detector.

**radar detector** Picture a trooper sitting in his car aiming his radar gun down the highway. The gun emits a beam of electrons at microwave frequency. Those beams bounce off approaching vehicles and reflect back to the trooper's radar at an altered frequency (the Doppler Effect). By measuring the change in frequency, the trooper calculates the speed of the oncoming vehicle. The trouble is the radar beam fans out like a searchlight. At a distance of 1,000 feet, the beam is about as wide as the highway itself. That makes it difficult for the trooper to know which vehicle he's tracking.

Also, his reading can be thrown off by any number of operating errors or by interference from power lines, neon lights or even the fan motor in the trooper's car. According to some estimates, Esquire Magazine reported, as many as 30% of all radar-generated speeding tickets were given in error. In 1979 a Miami TV station showed a police radar clocking a house going 28 miles per hour and a banyan tree doing 86! Radar detectors are very much like FM receivers. They can pick up radar signals more than a mile from the source. At that distance the beam is too weak to bounce all the way back to the trooper's gun, but strong enough to make the detector beep.

**radar screen** 1. A typically circular cathode ray tube (CRT) showing the sweep of a swirling radar beam and the objects it hits.

2. A slang expression typically deriding something. "I'm studying the computers laptops, but Winbook is not on my radar screen." This typically means as a manufacturer, is so small they're not worth studying. To be on my radar screen they're large enough and significant enough for me to study them.

**radial acceleration** The rate at which a track on an optical disk moves toward and away from the center, because it is not perfectly aligned ...

**radials** See Ground Radials.

**radiant energy** Energy as measured in joules which is transferred by electromagnetic waves. There is no associated transfer of matter. And typically the ... the receiver of energy are not touching.

**radiation** Energy emitted in the form of waves (light) or particles. See Radiation Pattern.

**radiation pattern** The propagation characteristics of an antenna ...

**radichio** A forum established to promote common public key infrastructure for ecommerce using wireless phones.

**radio** RF. System of communication employing electromagnetic waves ... through space. Because of their varying characteristics, radio waves of ... employed for different purposes and are usually identified by their frequency ... waves are the highest frequency, or numbers of cycles per second; the longest ... the lowest frequency, or fewest cycles per second. In honor of the German ... Heinrich Hertz, his name has been given to the cycle per second (hertz ... (Khz) is 1000 cycles per second, 1 megahertz (Mhz) is 1 million cycles ... gigahertz (Ghz) is 1 billion cycles per second. Radio waves range from ... several gigahertz. Waves of visible light are much shorter. In a vacuum, ... waves (but not audio waves) travel at a uniform speed of about 300 ... 186,000 miles) per second.

Radio waves are used not only in radio broadcasting but in wireless ... transmission, television, radar, navigational systems, and communication ... sphere the physical characteristics of the air cause slight variations in ... sources of error in such radio-communications systems as radar. Also, ... disturbances produce anomalous phenomena in the propagation of radio ...

Because electromagnetic waves in a uniform atmosphere travel ... because the earth's surface is spherical, long distance radio communication ... by the reflection of radio waves from the ionosphere. Radio waves shorter ... (about 33 ft.) in wavelength – designated as very high, ultrahigh, and ... cies (VHF, UHF, and SHF) - are usually not reflected by the ionosphere ... practice, such very short waves are received only within line-of-sight ... shorter than a few centimeters are absorbed by water droplets or ... than 1.5 cm (0.6 in) may be absorbed selectively by the water vapor ... atmosphere.

A typical radio-communication system has two main components ... a receiver. The transmitter generates electrical oscillations at a radio ... carrier frequency. Either the amplitude or the frequency itself may be ... the carrier wave. An amplitude - modulated signal consists of the carrier ... sidebands resulting from modulation. Frequency modulation produces ... of sidebands for each modulation frequency. These produce the ... emerge as speech or other sound in radio broadcasting, and in the ... darkness in television broadcasting.

**radio access network** RAN. Cellular networks essentially ... the Radio Access Network (RAN), which controls transmission and ... and the Core Network, which provides switching, transport, and ... emanating from and directed to the cellular network's RAN.

**Radio Broadcast Data System** RBDS. A new system ... stations broadcasters send text messages, such as emergency warnings ... radios equipped with special LCD screens. The system is designed ... Emergency Broadcast System.

**radio button** 1. A call center term. A button used for selecting ... tions that are mutually exclusive. As with a car radio, selecting a ... the previously selected button.

2. An World Wide Web term. Radio buttons are used in forms ... a list of items. Only one button can be selected at one time.