IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| GREEN REVOLUTION COOLING, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | 6:24-cv-152-RP |
| RIOT PLATFORMS, INC., | § § | |
| Defendant. | § § | |

# ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Derek Gilliland concerning Defendant Riot Platforms, Inc.'s ("Defendant") Motion for Intra-District Transfer to Austin, (Dkt. 43). (R. & R., Dkt. 106). Defendant timely filed objections to the report and recommendation. (Objs., Dkt. 113).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Defendant timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Defendant's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Derek Gilliland, (Dkt. 106), is **ADOPTED**.

1

**IT IS FURTHER ORDERED** that Defendant's Motion for Intra-District Transfer to Austin, (Dkt. 43), is **DENIED**.

**SIGNED** on March 3, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE