**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| GREEN REVOLUTION COOLING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RIOT PLATFORMS, INC., RIOT CORSICANA, LLC, AND WHINSTONE US, INC.<br><br>Defendants. | 6:24-cv-152-ADA<br><br>Jury Trial Demanded |

## DEFENDANTS' SECOND AMENDED TRIAL WITNESS LIST

Defendants Riot Platforms, Inc., Riot Corsicana, LLC, and Whinstone US, Inc. (collectively, "Defendants" or "Riot") expect to call at trial the percipient and expert witnesses identified below. Defendants may call individuals listed on Plaintiff's trial witness list, as well as individuals necessary for rebuttal. Defendants intend to cross-examine any witnesses Plaintiff presents. Defendants make no representation that each or any of the witnesses on this list will ultimately be able to attend the trial. Defendants do not know the precise nature or scope of the testimony and evidence that Plaintiff may seek to present at trial. As such, Defendants reserve the right to modify, amend or supplement this list throughout trial based on case developments, including but not limited to the right to not call some of the witnesses listed or call live or by deposition any witnesses necessary to authenticate or lay the foundation for the introduction of documents to which Plaintiff objects (including but not limited to custodians of records). In addition, Defendants may present deposition testimony, including in the event that any of the individuals listed below as witnesses that Defendants intends to call become unable to attend the trial or are otherwise unable to provide live testimony.

| NO. | WITNESS NAME | EST. TIME (HR.) | LIVE OR DEPOSITION | WILL/MAY CALL |
|---|---|---|---|---|
| 1 | Heath Davidson | 1.5 | Live | Will call |
| 2 | David Schatz | 0.50 | Live | May call |
| 3 | Mark Tlapak | 0.75 | Live or Deposition[1] | Will call |
| 4 | Mark Garnett | 0.25 | Deposition | May call |
| 5 | Peter Poulin | 0.5 | Deposition | May call |
| 6 | Greg Primm | 0.25 | Deposition | Will call |
| 7 | John Bean | 0.5 | Deposition | Will call |
| 8 | Jeff Burke | 0.25 | Deposition | Will call |
| 9 | Bandon Moore | 0.25 | Deposition | Will call |
| 10 | Scott Sickmiller | 0.5 | Live | May call |
| 11 | Mario Conti Garcia | 0.25 | Live | May call |
| 12 | Chad Attlesey | 0.75 | Live | Will call |
| 13 | Dr. William King | 1.5 | Live | Will call |
| 14 | Laura Parsons | 0.25 | Deposition | Will call |
| 15 | Drew Mooney | 0.75 | Live | Will call |

[1] Mr. Tlapak will be called live pursuant to the trial subpoena served on his counsel unless he does not appear pursuant to that subpoena and his deposition testimony must be used instead.

*Date*: April 6, 2026

/s/ *Justin S. Cohen*
Justin S. Cohen
TX Bar No. 24078356
justin.cohen@hklaw.com
Robert S. Hill
TX Bar No. 24050764
robert.hill@hklaw.com
Morgan Delbar
TX Bar No. 24116625
morgan.delbar@hklaw.com
Cole Browndorf
TX Bar No. 24127229
cole.browndorf@hklaw.com
**HOLLAND & KNIGHT, LLP**
1722 Routh Street, Suite 1500
Dallas, TX 75201
Phone: 214-969-1211
Fax:    214-964-9501

Amy Simpson (*Pro Hac Vice*)
CA Bar. No. 241090
amy.simpson@hklaw.com
**HOLLAND & KNIGHT, LLP**
1901 Avenue of the Stars, Suite 1200
Los Angeles, CA 90067
Phone: 310-201-8925
Fax: 310-201-8922

William H. Oliver (Pro Hac Vice)
MA Bar No. 707568
William.oliver@hklaw.com
Sadie Mlika (Pro Hac Vice)
MA Bar No. 715515
Sadie.mlika@hklaw.com
**HOLLAND & KNIGHT LLP**
10 Saint James Avenue; 11th Floor
Boston, MA 02116
Telephone: (617) 523-2700
Fax: (617) 523-6850

Deron R. Dacus
TX Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 1430
Tyler, TX 75701

Phone: 903-705-1117

*Attorneys for Defendants Riot Platforms, Inc.,*
*Riot Corsicana, LLC, and Whinstone US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on all counsel of record via email on this April 6, 2026.

/s/ *Justin S. Cohen*
Justin S. Cohen