**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| GREEN REVOLUTION COOLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RIOT PLATFORMS, INC., et al., <br><br> Defendants. | Civil Action No. 6:24-cv-00152-ADA |

**ORDER**

Now before the Court are Midas's Motions to Quash Trial Subpoena Directed to Mario Conti Garcia (Dkt. 258), Directed to Third-Party Custodian—Midas Green Technologies (Dkt. 263), and Directed to Scott Allen Sickmiller (Dkt. 267). Having reviewed each Motion, along with Plaintiff Green Revolution Cooling, Inc. ("Plaintiff" or "GRC")'s Responses (Dkt. Nos. 275, 276, 277), the Court hereby **DENIES** each Motion to Quash.

"Under Rule 45, a court may quash or modify a trial subpoena if it 'fails to allow a reasonable time to comply' or 'subjects a person to undue burden.'" *Texas Ent. Ass'n, Inc. v. Hegar*, No. 1:17-CV-594-DAE, 2019 WL 13080576, at *1 (W.D. Tex. Oct. 18, 2019) (citing Fed. R. Civ. P. 45(d)(3)(A)(i), (iv) and *Tex. Keystone, Inc. v. Prime Nat. Res., Inc.*, 694 F.3d 548, 554 (5th Cir. 2012)). "The person seeking to quash or modify must meet 'the heavy burden of establishing that compliance with the subpoena would be unreasonable and oppressive.'" *Id.* (quoting *British Int'l Ins. Co. v. Seguros La Republica, S.A.*, 200 F.R.D. 586, 590 (W.D. Tex. 2000) and *Williams v. City of Dallas*, 178 F.R.D. 103, 109 (N.D. Tex. 1998)).

Here, each of Midas's Motions states that GRC's subpoenas request irrelevant information and burden the third-party due to the required travel from Austin to Waco.

However, Midas is a competitor of GRC and a supplier of products accused of infringement in this case, and GRC alleges Midas copied the Asserted Patents' technology to make its products. Dkt. 275 at 2. Midas cannot claim prejudice based on evidence and arguments it merely speculates GRC will introduce at trial. Additionally, the Court finds that Midas has failed to meet the standard established by Fed. R. Civ. P. 45. The drive from Midas's office to the Waco courthouse is only 97 miles.

Accordingly, each of Midas's Motions to Quash (Dkt. Nos. 258, 263, and 267), are hereby **DENIED.**

**SIGNED** this 7th day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE