THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| **GREEN REVOLUTION COOLING, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**RIOT PLATFORMS, INC., RIOT CORSICANA, LLC, AND WHINSTONE US, INC.**<br><br>**Defendants.** | **CASE NO. 6:24-CV-152-ADA**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ASHLEY N. MOORE IN SUPPORT OF
PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

I, Ashley N. Moore, hereby declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of Texas, admitted to the United States District Court for the Western District of Texas, and am a shareholder of the law firm of Greenberg Traurig, LLP, attorneys of record for Green Revolution Cooling, Inc. ("GRC") in the above entitled action, and make this declaration in support of Plaintiff's Request for Judicial Notice.

2. Attached as Exhibit 1 to Plaintiff's Request for Judicial Notice is a true and correct copy of United States Patent No. 11,570,935.

3. Attached as Exhibit 2 to Plaintiff's Request for Judicial Notice is a true and correct copy of United States Patent No. 11,606,886.

4. Attached as Exhibit 3 to Plaintiff's Request for Judicial Notice is a true and correct copy of United States Patent No. 11,486,845.

1

5.  Attached as Exhibit 4 to Plaintiff's Request for Judicial Notice is a true and correct copy of United States Patent No. 11,510,339.

6.  Attached as Exhibit 5 to Plaintiff's Request for Judicial Notice is a true and correct copy of the file history of United States Provisional Patent Application No. 63/327,729 obtained from https://data.uspto.gov/patent-file-wrapper/search.

7.  Attached as Exhibit 6 to Plaintiff's Request for Judicial Notice is a true and correct copy of the file history of United States Provisional Patent Application No. 63/327,737 obtained from https://data.uspto.gov/patent-file-wrapper/search.

8.  Attached as Exhibit 7 to Plaintiff's Request for Judicial Notice is a true and correct copy of the file history of United States Provisional Patent Application No. 63/346,061 obtained from https://data.uspto.gov/patent-file-wrapper/search.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2026.

_____

Ashley N. Moore

2